UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



BRANDON BROWN (#462630)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 09-196-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated August 21, 2009 (doc. no. 13). The plaintiff has filed an objection which has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendant's motion to dismiss is GRANTED and the claims against Warden Burl Cain are DISMISSED.

Baton Rouge, Louisiana, this 13th day of October, 2009.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA