UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON BROWN (#462630)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-196-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 5, 2010 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss Pursuant to Rule 12(b) filed by Sgt. Brian Sharp is GRANTED. Further, the claims against Sgt. Adams are DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P., and this action is DISMISSED.

Baton Rouge, Louisiana, this 1ST day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA