UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON BROWN (#462630)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-196-JJB-SCR

**ORDER**

For the written reasons assigned and filed herein:

IT IS ORDERED the Motion to Dismiss Pursuant to Rule 12(b) filed by Sgt. Brian Sharp is GRANTED. Further, the claims against Sgt. Adams are DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P., and this action is DISMISSED.

Baton Rouge, Louisiana, this 1st day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA